| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Eileen Fogarty** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2660** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | Date case filed for chapter **7  4/13/18** |
| Case number: **8–18–72498–las** | | |

# TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on June 4, 2018 by Heath S Berger on behalf of Eileen Fogarty, appealing Order Denying Motion For Violation of Automatic Stay, document number 13.

Pursuant to Bankruptcy Rule 8003(d)(1), the following documents are being transmitted:

1. Notice of Appeal to Court filed by Heath S Berger on behalf of Eileen Fogarty
2. Civil Cover Sheet

Dated: June 6, 2018

Robert A. Gavin, Jr., Clerk of Court

By: Amy Tenneriello
_____
Deputy Clerk

**BLtroap.jsp** [Transmittal of Notice of Appeal 04/17/17]